IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ISMAEL RUIZ ROLON<br>MILAGROS MAGALIS ORTIZ GONZALEZ<br>Debtors<br><br>LPP MORTGAGE c/o MGC MORTGAGE, INC.<br>Creditor<br><br>ISMAEL RUIZ ROLON<br>MILAGROS MAGALIS ORTIZ GONZALEZ<br>Respondents<br><br>JOSE RAMON CARRION MORALES<br>Respondent & Chapter 13 Trustee | Case No. 09-08536 (ESL)<br><br>Chapter 13 |

## NOTICE OF APPEARANCE

To the Honorable Court:

**COMES NOW**: LPP MORTGAGE c/o MGC MORTGAGE, INC. MORTGAGE, INC., (hereinafter "Creditor"), a creditor and party in interest hereto and hereby enters its appearance through the undersigned counsel and very respectfully requests that pursuant to the Bankruptcy Code, the Rules of Civil Procedure and all applicable laws, all motions, pleadings, papers and orders be served upon it as follows:

**Carla Ferrari-Lugo, Esq.**
**MARQUEZ & FERRARI, PSC**
PO Box 988
Aguadilla, PR 00605-0988
Tel. (787) 891-3670/ (787)-722-9027
Fax (787)-882-4704

**WHEREFORE,** the appearing party requests from this Honorable Court to take notice of the above stated, to serve it accordingly and to include it in the master address list.

**RESPECTFULLY SUBMITTED,** In Aguadilla for San Juan, Puerto Rico, this 10th day of September 2010.

**I HEREBY CERTIFY**: that on this same date I electronically filed the foregoing with the Clerk of this Honorable Court using the CM/ECF System which will send notification of such filling to the parties to their registered e-mail addresses.

/s/Carla Ferrari Lugo
CARLA FERRARI-LUGO
USDC - PR – 221804

**MARQUEZ & FERRARI, PSC**
PO Box 988
Aguadilla, Puerto Rico, 00605-0988
TEL.(787) 722-9027/ (787) 891-3670
FAX. (787) 882-4704
cferrari@mflawpr.com
ferrarilugo@gmail.com