UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: ISMAEL RUIZ ROLON and MILAGROS MAGALIS ORTIZ GONZALEZ
Case Number: 09-08536-ESL13                                    Chapter: 13
Date / Time / Room: 10/12/2010 9:00 AM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: PATRICIA DAVILA
Reporter / ECR: ADA LOPEZ

## Matter:

Doc# 24 Motion for Relief From Stay Under 362 filed by Banco Popular Puerto Rico #29- Debtor's reply

## Appearances:

JOSE RAMON CARRION MORALES
JUAN O CALDERON LITHGOW
WALLACE VAZQUEZ SANABRIA

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ Debtor shall provide adequate protection to movant by:
   ✓ curing the arrears within 30 days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.
   ($400.-)

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge