IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>ISMAEL RUIZ ROLON<br>MILAGROS M ORTIZ GONZALEZ<br>Debtors | CASE NO. 09-08536(ESL)<br><br>CHAPTER 13 |
| BANCO POPULAR DE PR<br>Movant<br><br>VS.<br><br>ISMAEL RUIZ ROLON<br>MILAGROS M ORTIZ GONZALEZ<br>JOSE R. CARRION MORALES<br>Respondents | INDEX: _____ |

**MOTION WITH RESPECT TO LIFTING OF THE AUTOMATIC STAY AND REQUEST FOR ORDER**

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel and most respectfully **STATES** and **PRAYS**:

1. On September 13, 2010, appearing party filed a motion requesting lifting of the automatic stay under loan number 0183278 and claim number 5, for failure to make post-petition payments.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

2. During the hearing was ordered to cure arrears ($400.00) within 30 days or the stay will be lifted without further notice or hearing.

3. The 30 days has elapsed and have not cure arrears.

4. In view of the above and of the adequate protection order the stay is automatically lifted.

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

Please take notice that unless a party in interest files an objection to this Motion With Respect to Lifting of the Automatic Stay and request a hearing in writing with the Clerk of the Court, and serves with copy to the undersigned attorney within **FOURTEEN (14) DAYS** from the date of this Notice, the Motion may be approved by the Court without further notice or hearing. If the party in interest concurs with the above Motion, no action need be taken.

**WHEREFORE,** it is respectfully requested that this Motion be noted for whichever legal purposes.

**I CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of this Court via

CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Jose R. Carrion Morales;** and **MS. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 3 days of December, 2010.

*Wallace Vazquez Sanabria*-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

| Label Matrix for local noticing | BANCO POPULAR PR | DEPARTAMENTO DE HACIENDA |
| --- | --- | --- |
| 0104-3 | WALLACE VAZQUEZ SANABRIA ESQ | PO BOX 9024140 |
| Case 09-08536-ESL13 | 17 MEXICO STREET SUITE D-1 | OFICINA 424-B |
| District of Puerto Rico | SAN JUAN, PR 00917-2202 | SAN JUAN, PR 00902-4140 |
| Old San Juan | | |
| Fri Dec 3 12:39:46 AST 2010 | | |
| LPP MORTGAGE C/O MGC MORTGAGE INC | PR DEPARTMENT OF LABOR | TREASURY DEPARTMENT OF THE COMMONWEALTH |
| 1 CORPORATE DRIVE | PRUDENCIO RIVERA MARTINEZ BLDG | FEDERAL LITIGATION DIVISION |
| STE 360 | 505 MUNOZ RIVERA AVENUE | DEPARTMENT OF JUSTICE |
| LAKE ZURICH, IL 60047-8945 | 12 FLOOR | PO BOX 9020192 |
| | SAN JUAN, PR 00918 | SAN JUAN, PR 00902-0192 |
| US TRUSTEE | US Bankruptcy Court District of P.R. | ASUME |
| EDIFICIO OCHOA | U.S. Post Office and Courthouse Building | PO BOX 71414 |
| 500 TANCA STREET SUITE 301 | 300 Recinto Sur Street, Room 109 | SAN JUAN, PR 00936-8514 |
| SAN JUAN, PR 00901-1938 | San Juan, PR 00901-1964 | |
| American Express TRS Co Inc Latin American | BANCO POPULAR DE PR | BANCO POPULAR DE PUERTO RICO |
| Division | GPO BOX 3229 | c/o WALLACE VAZQUEZ SANABRIA |
| c/o Becket and Lee LLP | SAN JUAN, PR 00936 | 17 MEXICO STREET, SUITE D-1 |
| POB 3001 | | SAN JUAN, PR 00917-2202 |
| Malvern PA 19355-0701 | | |
| CRIM | Department of Treasury | Il DEPT OF HEALTHCARE |
| LEGAL COUNSEL OFFICES | Bankruptcy Section (424-B) | 509 SOUTH 6TH STREET |
| PO BOX 195387 | PO Box 9024140 | SPRINGFIELD, IL 62701-1825 |
| SAN JUAN PR 00919-5387 | San Juan, PR 00902-4140 | |
| LPP MORTGAGE LTD. L/F/A LOAN PARTNERS | MGC MORTGAGE INC | PR ACQUISITIONS LLC |
| CENTRO SEGUROS BLDG, OFIC 407 | BORROWERS REL DEPT | 270 MUNOZ RIVERA AVENUE SUITE 400 |
| AVE PONCE DE LEON 701 | 7195 DALLAS PKWY | SAN JUAN PR 00918-1910 |
| SAN JUAN, PR 00907-3256 | PLANO, TX 75024-4922 | |
| FEDERAL LITIGATION DEPT. OF JUSTICE | ISMAEL RUIZ ROLON | JOSE RAMON CARRION MORALES |
| PO BOX 9020192 | PO BOX 1209 | PO BOX 9023884 |
| SAN JUAN, PR 00902-0192 | VEGA BAJA, PR 00694-1209 | SAN JUAN, PR 00902-3884 |
| JUAN O CALDERON LITHGOW | MILAGROS MAGALIS ORTIZ GONZALEZ | MONSITA LECAROZ ARRIBAS |
| JUAN O CALDERON LITHGOW LEGAL OFFIC | PO BOX 1209 | OFFICE OF THE US TRUSTEE (UST) |
| PO BOX 1710 | VEGA BAJA, PR 00694-1209 | OCHOA BUILDING |
| VEGA BAJA, PR 00694-1710 | | 500 TANCA STREET SUITE 301 |
| | | SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ASUME-LUZ M. MENENDEZ RODRIGUEZ PO BOZ 71

End of Label Matrix
Mailable recipients    23
Bypassed recipients     1
Total                  24