IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-08536 ESL

ISMAEL RUIZ ROLON

Chapter 13

MILAGROS MAGALIS ORTIZ GONZALEZ

XXX-XX-0566

XXX-XX-4351

FILED & ENTERED ON 12/15/2010

Debtor(s)

**ORDER**

The motion filed by BANCO POPULAR DE PR with respect to lifting of the Automatic Stay and request for order (docket #33) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15 day of December, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES
BANCO POPULAR DE PR