IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-08536 (ESL) |
|---|---|
| ISMAEL RUIZ ROLON MILAGROS M ORTIZ GONZALEZ | CHAPTER 13 |

OBJECTION TO RECONSIDERATION

TO THE HONORABLE COURT:

**NOW COMES** Banco Popular de Puerto Rico, (BPPR), through counsel, and most respectfully **STATES** and **PRAYS**:

1. And order was entered on December 15, 2010 lifting the stay for the benefit of appearing party.

2. On December 23, 2010 debtor requested reconsideration.

3. We oppose. Debtor owes November, December 2010 and January 2011 plus $400 in coast and fees. See enclosed statement.

**WHEREFORE**, it is respectfully requested that unless Debtor cures the mentioned delays forthwith that the matter remain dismissed, with such further relief as is deem.

Wallace Vázquez Sanabria
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

*I CERTIFY*, that on this same date, I electronically filed the foregoing with the Clerk of this Court via CM/ECF system, which will electronically send notification of such filing to the following to: **Mr. Juan O Calderon Lithgow; Mr. Jose R Carrion Morales; and Ms. Monsita Lecaroz Arribas.**

In San Juan, Puerto Rico, this 5 days of January, 2011.

*S/ Wallace Vazquez Sanabria*
Wallace Vázquez Sanabria-125101
17 Mexico St., Suite D-1
San Juan, PR 00917-2202
Tel: 787-756-5730
Fax: 787-764-0340
Email: walvaz@prtc.net

*Wallace Vázquez Sanabria*
Counselor at Law
17 México Street, Suite D-1
San Juan, Puerto Rico 00917-2202
Phone (787) 756-5730, Fax (787) 764-0340
E-mail: walvaz@prtc.net

| STATEMENT OF ACCOUNT | | | | | | |
|---|---|---|---|---|---|---|
| DEBTOR: | ISMAEL RUIZ COLON | | | BPPR NUM: | | 071010010183278 |
| BANKRUPTCY NUM: | 09-08536ESL | | | FILING DATE: | | 10/07/09 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | | |
|---|---|---|---|---|---|---|
| Principal Balance as of | | 02/01/09 | | | | 16,170.44 |
| Accrued Interest from | | 01/01/09 | to | 01/31/11 | | 3,537.28 |
| Interest: | 10.500% | Accrued num. of days: | 750 | Per Diem: | 4.716378 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | | | |
| Total montly escrow | | | $0.00 | Months in arrears 24 | Escrow in arrears | 0.00 |
| | | | | | Accrued Late Charge: | 308.48 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 1,535.00 |
| Other | $1,490.00 | | | | | |
| Legal Fees: | | | | | | 300.00 |
| Total amount owed as of | | 01/31/11 | | | | 21,851.20 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 21 | payments of | $297.00 | each one | | 6,237.00 |
| | acummulated lated charges | | | | 260.96 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 1,535.00 |
| Other | $1,490.00 | | | | | |
| Legal Fees | | | | | | 300.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | | 8,332.96 |

**POST-PETTITION AMOUNT:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | payments of | $297.00 | each one | | 891.00 |
| | Late Charge | | | | 47.52 |
| | | | | B = TOTAL POST-PETITION AMOUNT | 938.52 |
| | | | | A + B = TOTAL AMOUNT IN ARREARS | 9,271.48 |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 02/01/09 | Interest rate | 10.500% | P & I $281.12 | Monthly late charge | $11.88 |
| Investor | BANCO POPULAR DE PUERTO RICO | Property address | CALLE BRAZIL # 12 URB VISTA VERDE VEGA BAJA, P.R. | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

BANCO POPULAR DE PUERTO RICO

01/04/11
DATE

SACCTFHA   MILLIE MOJICA