IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-08536 ESL

ISMAEL RUIZ ROLON  Chapter 13

MILAGROS MAGALIS ORTIZ GONZALEZ

XXX-XX-0566

XXX-XX-4351

FILED & ENTERED ON 01/10/2011

Debtor(s)

ORDER

The motion filed by DEBTOR requesting reconsideration of order lifting stay (docket #37) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 10 day of January, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: DEBTOR(S)
JUAN O CALDERON LITHGOW
JOSE RAMON CARRION MORALES
BANCO POPULA PUERTO RICO

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: graciam              Page 1 of 1              Date Rcvd: Jan 10, 2011
Case: 09-08536                Form ID: pdf003            Total Noticed: 2

The following entities were noticed by first class mail on Jan 12, 2011.
db/jdb      +ISMAEL RUIZ ROLON,    MILAGROS MAGALIS ORTIZ GONZALEZ,     PO BOX 1209,    VEGA BAJA, PR 00694-1209
cr           BANCO POPULAR PR,    WALLACE VAZQUEZ SANABRIA ESQ,    17 MEXICO STREET   SUITE D-1,
              SAN JUAN, PR  00917-2202

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                         **Signature:**   _Joseph Speetjens_