# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: ISMAEL RUIZ ROLON and MILAGROS MAGALIS ORTIZ GONZALEZ
Case Number: 09-08536-ESL13  Chapter: 13
Date / Time / Room: 6/8/2011 2:00 PM eslcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: MILLY GRACIA
Reporter / ECR: CARLOS APONTE

## Matter:

DK 15 CONFIRMATION HEARING PLAN DATED 2/12/2010
DK 34 MOTION TO DISMISS FILED BY TRUSTEE

## Appearances: *Debtor*

JOSE RAMON CARRION MORALES, *W. Jordreau*
JUAN O CALDERON LITHGOW ✓

*9 months arrears for $5,301. - last payment March 2011*
*TMTD (#34) filed 12/10/10*
*DSO certification needed,*
*proffers arrears of $12,000*

## Proceedings:

ORDER:

___ (Amended) dated _____ [Docket no. ___] ___ CONFIRMED ___ NOT CONFIRMED ___ LBR 3015

___ Movant's application to withdraw motion is hereby granted. Re: Docket No. _____

___ Upon debtor[s]' failure to: ___ to appear at the 341 meeting of creditors, ___ make current payments to the Chapter 13 trustee, ___ appear at the hearing on confirmation, it is now ordered that the instant petition be and it is hereby dismissed. The trustee is awarded $100.00 costs, ___ balance up to balance of fee to debtor[s]' attorney.

___ Debtor[s]' request for conversion to Chapter 7 is hereby granted. ___ The $25.00 conversion fee shall be paid to the Clerk from the funds held by the Chapter 13 trustee. The Chapter 13 trustee is awarded $100.00 costs.

___ Debtor[s]' request for dismissal is hereby granted. The Chapter 13 trustee is awarded $100.00 costs.

___ There being no opposition, debtor[s]' request to set aside dismissal order [Docket # ___] is hereby granted.

___ The parties are granted ___ days to file a settlement agreement.

___ Hearing on Confirmation/Contested Matter is continued to: _____

___ Attorney's Fees: $3,000.00; Other: X _____

*Debtor granted 10 days to move for conversion to ch. 7 or for voluntary dismissal. Upon failure to comply, the trustee's motion to dismiss (#34) will be granted and the case will be dismissed.*

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge