```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>ISMAEL RUIZ ROLON<br>MILAGROS MAGALIS ORTIZ GONZALEZ<br>    DEBTOR (S) | CASE NO. 09-08536-ESL<br>   CHAPTER 13 |

                         TRUSTEE'S POSITION
                REGARDING APPLICATION FOR ATTORNEY'S FEES

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee has no opposition to Debtor's attorney's request for additional Attorney's Fees.(Docket # 60 ).

    WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned regarding application for attorney fees.

    CERTIFICATE OF SERVICE:  The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to:  Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Friday, July 8, 2011.


                                    /s/ Jose R. Carrion
                                    JOSE R. CARRION
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 9023884, Old San Juan Sta.
                                    San Juan, P.R. 00902-3884
                                    Tel (787)977-3535  FAX (787)977-3550